UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                 :

       -against-                                          :        17-CR-21 (WHP)

DaShaun McDonald,                              :        ORDER

                       Defendant.          :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        Patrick Joyce, Esq. is appointed to represent the Defendant to pursue any applications for release relating to the COVID-19 pandemic.

Dated: January 20, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.